UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAJINDER SINGH,

    Plaintiff,

v.

WELLS FARGO, N.A., and
DTE ENERGY COMPANY

    Defendants.
_____/

Case No. 17-cv-10620
Hon. Matthew F. Leitman

## ORDER (1) TERMINATING DEFENDANT DTE ENERGY COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS (ECF #20) AND (2) DIRECTING PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT

In this action, Plaintiff Rajinder Singh alleges that Defendants Wells Fargo, N.A. and DTE Energy Company wrongfully caused certain shares of DTE Energy stock that Singh owned to be escheated to the State of Michigan. (*See* Complaint, ECF #1.) On August 4, 2017, DTE filed a motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c). (*See* ECF #20). Singh responded to the motion (*see* ECF #21), and the Court held a hearing on the motion on September 7, 2017.

For the reasons stated on the record at the hearing, **IT IS HEREBY ORDERED** as follows:

- DTE's motion for judgment on the pleadings (ECF #20) is **TERMINATED**;

- Singh shall file a First Amended Complaint by no later than **September 21, 2017**. In the Amended Complaint, Singh shall include, among other things, specific factual allegations that address the particular concerns raised by the Court at the hearing and that address the deficiencies identified by DTE Energy in its initial motion for judgment on the pleadings;

- Defendants Wells Fargo and DTE Energy shall answer or otherwise respond to the First Amended Complaint within **14 days** after its filing; and

- If and to the extent either or both of the Defendants file a motion to dismiss or for judgment on the pleadings pursuant to Rule 12 of the Federal Rules of Civil Procedure, Singh shall respond within **21 days** after service of the motion(s). Defendants may file a reply within **14 days** after service of the response(s).

**IT IS SO ORDERED**.

Dated: September 7, 2017

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 7, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764