UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAJINDER SINGH,

    Plaintiff,

v.

WELLS FARGO, N.A., and
DTE ENERGY COMPANY

    Defendants.
_____/

Case No. 17-cv-10620
Hon. Matthew F. Leitman

## **JUDGMENT**

In accordance with the Opinion and Order Granting Defendants' Motions to Dismiss, dated November 3, 2017,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff.

                            DAVID J. WEAVER
                            CLERK OF COURT

                        By:    s/Holly A. Monda
                                  Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: November 3, 2017
Flint, Michigan